IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.K., C.K., and D.J.K, <br><br>  Plaintiffs, <br><br> v. <br><br> SEATTLE PUBLIC SCHOOLS, <br><br> Defendant. | C20 -367 TSZ <br><br> **ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM PURSUANT TO FED. R. CIV. P. 17** |

Plaintiffs' unopposed motion, docket no. 14, seeking the appointment of a Settlement Guardian Ad Litem for D.J.K., under Federal Rule of Civil Procedure 17(c), and Local Civil Rule 17, is GRANTED, and Christopher M. Henderson is APPOINTED as Settlement Guardian ad Litem for D.J.K. to represent the interests of D.J.K. in this matter.  Mr. Henderson shall discharge his duties and obligations pursuant to said Rules, including, but not limited to, presenting the Court with a report and recommendation as to the adequacy of the offered settlement, and he shall be compensated at his normal hourly rate.

DATED this 24th day of November, 2020.

Thomas S. Zilly
United States District Judge

ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - Page 1
20-cv-00367-TSZ

Presented by:

CEDAR LAW PLLC

s/ Lara Hruska

LARA HRUSKA, WSBA No. 46531
Attorneys for Plaintiffs D.K., C.K. and D.J.K.

Agreed for entry, presence waived:

FREIMUND TARDIF, PLLC

s/ Jeffrey Freimund

JEFFREY A. O. FREIMUND, WSBA No. 17384
Attorneys for Defendant Seattle Public Schools

ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - Page 2
20-cv-00367-TSZ